1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8
9

ANTONIO L. WILLIAMS,                          )    No. 08-cv-00156-SPK
                                              )
10              Plaintiff,                     )
                                              )
11      v.                                    )
                                              )
12  N. ALBONICO, ET AL.,                      )
                                              )
13              Defendants.                    )
_____ )

14
15

ORDER DISMISSING ACTION

16          By order dated April 24, 2009, Plaintiff was given 30 days within which to

17  pay the requisite filing fee.  That order stated that if the fee was not paid, the action

18  would be dismissed without prejudice.  It has been over 8 weeks and no fee has

19  been paid.  Accordingly, the action is DISMISSED without prejudice.  Judgment to

20  enter in favor of Defendants.

21          IT IS SO ORDERED.

22          DATED:  June 23, 2009.

23
24
25                                          _____
                                            Samuel P. King
26                                          Senior United States District Judge

27
28